■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM G. MAXWELL, Appellant.—Appeal from a judgment of the County Court of Columbia County (Leaman, J.), rendered April 3, 1989, convicting defendant upon his plea of guilty of the crimes of murder in the second degree and aggravated sexual abuse (two counts).

Upon our review of the record, we agree with defense counsel that there are no nonfrivolous issues which could be raised on this appeal. Consequently, defense counsel's application for leave to withdraw as counsel should be granted and the judgment should be affirmed (see, Anders v California, 386 US 738; People v Messinger, 153 AD2d 996).

Judgment affirmed. Casey, J. P., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH SCOTT, Appellant.—Appeal from a judgment of the County Court of Chemung County (Castellino, J.), rendered September 29, 1989, convicting defendant upon his plea of guilty of the crime of assault in the first degree.

The minutes of the thorough plea colloquy directly refute defendant's contention that he pleaded guilty under the mistaken impression that he would receive a sentence of imprisonment of 4 to 8 years instead of 6 to 12 years. Defendant presented no other specific evidence to support his motion. Consequently, we find no abuse of discretion in County Court's denial of defendant's motion to withdraw his guilty plea (see, People v Franco, 145 AD2d 837; People v Zuk, 130 AD2d 886, 887-888, lv denied 70 NY2d 659). The record also establishes that the court gave defendant ample opportunity to set forth and substantiate his claims in support of his motion (see, People v Zuk, supra, at 888). Finally, defendant has not shown that defense counsel failed to meet the standards enunciated in People v Baldi (54 NY2d 137).

Judgment affirmed. Casey, J. P., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.